IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Clark, Celestine

Printed: 1/22/08

Case Number: 04 B 07412
Judge: Squires, John H
Filed: 2/26/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 3, 2008
Confirmed: April 14, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 26,576.00 |  |
| Secured: |  | 21,648.39 |
| Unsecured: |  | 762.74 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,194.00 |
| Trustee Fee: |  | 1,341.62 |
| Other Funds: |  | 629.25 |
| Totals: | 26,576.00 | 26,576.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 2,194.00 | 2,194.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chicago Patrolmen's Fed Credit Union | Secured | 0.00 | 0.00 |
| 4. | General Motors Acceptance Corp | Secured | 4,761.80 | 4,761.80 |
| 5. | Chase Home Finance | Secured | 15,868.84 | 15,868.84 |
| 6. | Mortgage Electronic Registration Sys | Secured | 1,445.00 | 1,017.75 |
| 7. | Chase Manhattan Mortgage Corp | Unsecured | 395.00 | 395.00 |
| 8. | Water Tower SurciCenter | Unsecured | 161.00 | 161.00 |
| 9. | Aspire Visa | Unsecured | 202.33 | 202.33 |
| 10. | General Motors Acceptance Corp | Unsecured | 4.41 | 4.41 |
| 11. | CitiMortgage Inc | Secured |  | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 13. | SBC | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,032.38 | $ 24,605.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 83.73 |
| 4% | 109.19 |
| 6.5% | 307.59 |
| 3% | 45.42 |
| 5.5% | 315.36 |
| 5% | 91.18 |
| 4.8% | 137.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Clark, Celestine | Case Number: 04 B 07412 |
| | Judge: Squires, John H |
| Printed: 1/22/08 | Filed: 2/26/04 |

                        5.4%                      251.49
                                                ----------
                                           $ 1,341.62

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                     Marilyn O. Marshall, Trustee, by:

                                     _____